IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,           Plaintiff,      vs.  JANE FRAZIER,           Defendant. | 8:17CR277  ORDER |

      This matter is before the court on the motion of Assistant Federal Public Defender Kelly M. Steenbock and the Office of the Federal Public Defender to withdraw as counsel for the defendant, Jane Frazier. (Filing No. 108). Kelly M. Steenbock represents that the Office of the Federal Public Defender has a conflict of interest in this matter. Kelly M. Steenbock's and the Office of the Federal Public Defender's motion to withdraw (Filing No. 108) is granted.

      Kristina B. Murphree, 11605 Miracle Hills Drive, Suite 300, Omaha, NE 68154, (402) 492-9800, is appointed to represent Jane Frazier for the balance of these proceedings pursuant to the Criminal Justice Act. Kelly M. Steenbock shall forthwith provide Kristina B. Murphree with the discovery materials provided the defendant by the government and such other materials obtained by Kelly M. Steenbock which are material to Jane Frazier's defense.

      The clerk shall provide a copy of this order to Kristina B. Murphree and the defendant.

      Dated this 26th day of April, 2023.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge