IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>JANE FRAZIER,<br><br>          Defendant. | 8:17-CR-277<br><br>ORDER |

IT IS ORDERED:

1. The government's motion to dismiss (filing 117) is granted.

2. The petition for offender under supervision (filing 91) is dismissed.

3. The May 16, 2024 hearing is cancelled.

Dated this 8th day of May, 2024.

BY THE COURT:

_____
John M. Gerrard
Senior United States District Judge